IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | CASE NO. 02-CR-30058-MJR |
| JERMON C. WILLIAMS, | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to 18 U.S.C. § 3148, the Government is before the Court seeking to revoke the order of release and appearance bond entered November 25, 2008, relative to defendant Jermon C. Williams, who is awaiting final hearing on the motion to revoke his supervised release. **(Doc. 38).** On January 29, 2009, defendant Williams, represented by counsel, made his initial appearance and indicated he was not contesting the motion to revoke his release and bond, thereby waiving his right to a hearing.

According to the uncontested motion, while released on bond, defendant Williams has been dealing heroin. Therefore, the Court finds that the defendant is unlikely to abide by any condition or combination of conditions of release.

**IT IS THEREFORE ORDERED** that the government's motion to revoke defendant's release and bond **(Doc. 38)** is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant **Jermon C. Williams** is ordered to be detained. Pursuant to **18 U.S.C. § 3142(i)(2)-(4)**, the Court directs that:

> The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
> The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceedings.

**IT IS SO ORDERED.**

**DATED: January 29, 2009**

        **s/ Clifford J. Proud**
        **CLIFFORD J. PROUD**
        **U. S. MAGISTRATE JUDGE**